# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE SEMNAR, AN INDIVIDUAL, | Case No. EDCV 15-00054-VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROUNDPOINT MORTGAGE SERVICING CORPORATION, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 26, 2015

VIRGINIA A. PHILLIPS
United States District Judge